**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:
INDIA RENEE PLUMMER
26-13586-SDM

CHAPTER 13 CASE NO.:

# ORDER RELEASING ORDER DIRECTING EMPLOYER TO WITHHOLD DEDUCTIONS FROM PAY AND DIRECTING PAYMENT TO CHAPTER 13 TRUSTEE

The Court has been advised by the Chapter 13 Trustee that the wage order issued to BAPTIST PRIMARY CARE should be released.

IT IS, THEREFORE, ORDERED, that the Debtor’s employer, BAPTIST PRIMARY CARE, 1100 HWY 16 E., , , CARTHAGE, MS 39051, is hereby directed to cease deductions from the Debtor’s wages and remit any funds presently held to the Chapter 13 Trustee at Todd S. Johns , Chapter 13 Trustee, P. O. Box 1985 , Memphis , TN, 381011985.

##END OF ORDER##

BAPTIST PRIMARY CARE
1100 HWY 16 E.
CARTHAGE, MS 39051

SUBMITTED BY:
/s/Todd S. Johns, Standing Chapter 13 Trustee
MSB# 9587
P. O. Box 1326, BRANDON, MS 390431326
601-825-7663; trustee.johns@ch13mstrustee.com